# Court of Appeals
# of the State of Georgia

ATLANTA, January 23, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1032. JEFFERSON JET WATSON v. THE STATE.

In 2008, Jefferson Jet Watson was convicted of child molestation, aggravated child molestation, and distribution of cocaine, and this Court affirmed his convictions on appeal. *Watson v. State*, 302 Ga. App. 619 (691 SE2d 378) (2010). In August 2021, Watson filed a number of post-conviction motions. The trial court denied all motions in an order entered on October 6, 2021, and Watson subsequently filed a motion for reconsideration. In 2022 and 2023, while his motion for reconsideration remained pending, Watson filed several additional motions seeking post-conviction relief. On October 14, 2025, the trial court entered a series of orders denying each of Watson's pending motions. Watson filed his notice of appeal from those orders on December 3, 2025. We lack jurisdiction.

Assuming arguendo that Watson was otherwise entitled to a direct appeal from any of the orders at issue, his appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020).

Watson's notice of appeal was untimely, as it was filed 50 days after entry of the trial court's October 2025 orders. Consequently, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/23/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.